IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT LEE BROWN, *Plaintiff*, v. UNIT MANAGER COLETTE LEWIS, *et al.*, *Defendants.* | CIVIL ACTION NO. 5:22-cv-00254-TES-CHW |

ORDER OF DISMISSAL

Plaintiff Robert Lee Brown, a prisoner in the Bostick Nursing Center in Milledgeville, Georgia, filed a handwritten document that the Clerk docketed as a *pro se* complaint under 42 U.S.C. § 1983. [Doc. 1]. He also filed a handwritten motion to proceed *in forma pauperis*. [Doc. 3]. Plaintiff did not use the proper form for either of these filings, and he did not include the necessary supporting documentation for the motion to proceed *in forma pauperis*. As a result, the United States Magistrate Judge ordered Plaintiff to refile his complaint and a complete motion to proceed *in forma pauperis* on the proper forms if he wanted to proceed with this action. [Doc. 5]. The Magistrate Judge gave Plaintiff fourteen days to submit these documents and cautioned Plaintiff that his failure to do so could result in the Court dismissing this case. [*Id.*].

More than fourteen days passed after the Magistrate Judge entered that order,

and Plaintiff did not file a recast complaint or a motion to proceed *in forma pauperis*. He also did not otherwise respond to the order that he do so. Therefore, the Magistrate Judge ordered Plaintiff to show cause why this case should not be dismissed based on his failure to comply with or otherwise respond to the Court's orders. [Doc. 6]. The Magistrate Judge gave Plaintiff fourteen days to respond and cautioned Plaintiff that his failure to fully and timely do so would result in the Court dismissing this action. [*Id.*].

More than fourteen days have now passed since the Magistrate Judge entered the show cause order. In that time, Petitioner has not taken any of the steps identified in the original order or responded to the show cause order. Thus, because Petitioner has failed to comply with the previous orders or to otherwise prosecute his case, the Court now **DISMISSES** the complaint **WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 26th day of October, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**