IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT LEE BROWN, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-cv-254-TES-CHW |
| | * |
| UNIT MANAGER COLETTE LEWIS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 26, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 27th day of October, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk